**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1672**

In re:  BLAKE SANDLAIN,

Petitioner.

On Petition for Writ of Mandamus.  (1:20-cv-00790)

Submitted:  October 19, 2021                     Decided:  October 21, 2021

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Blake Sandlain, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Blake Sandlain filed a petition for a writ of mandamus and a supplemental petition for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for mandamus relief. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that on September 23, 2021, the district court denied Sandlain's motion for writ of mandamus. Accordingly, because the district court has recently decided Sandlain's case, we deny the mandamus petitions as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*